**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROSEANNE AGUILAR,

                Plaintiff,

    v.

CITY OF SOUTH GATE and DOES 1–50, inclusive,

                Defendants.

Case No. 2:12-cv-10669-ODW(PLAx)

**ORDER GRANTING STIPULATION [10]**

      The Court hereby **GRANTS** the parties' stipulation to continue the hearing date on Defendant City of South Gate's motion to dismiss (ECF No. 7). Based upon the parties' agreed-upon February 11, 2013 hearing date, Plaintiff's opposition is due no later than January 21, and the City's reply, if any, is due no later than January 28, 2013. The hearing date, however, is hereby **VACATED**; the Court will rule on the City's motion on the papers, and no appearances are necessary unless otherwise ordered by the Court.

      **IT IS SO ORDERED.**

      January 2, 2013

                        _____

                             **OTIS D. WRIGHT, II**
                    **UNITED STATES DISTRICT JUDGE**