O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE AGUILAR,<br><br>　　　　　Plaintiff,<br>　　v.<br>CITY OF SOUTH GATE and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-CV-10669-ODW (PLA)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SUMMARY JUDGMENT HEARING DATE AND TO CONTINUE TRIAL AND PRE-TRIAL DATES [74]** |

　　　　Plaintiff has moved ex parte to deny or continue Defendants' pending motion for summary judgment under Federal Rule of Civil Procedure 56(d) and to continue the trial and related pre-trial dates by 60 days. (ECF No. 74.) Insofar as Plaintiff seeks a 60-day continuance for all of these dates, Plaintiff's request is **DENIED** for failure to demonstrate good cause. Nevertheless, Defendants have agreed to continue the summary-judgment hearing date to September 30 and the discovery cut-off date to November 8. Accordingly, the Court hereby **CONTINUES** the hearing date on Defendants' pending motion for summary judgment (ECF No. 56) to **Monday, September 30, 2013**. Plaintiff's opposition is therefore due no later than September 9, 2013.

/ / /

Because the pre-trial conference date is already set for November 8, the Court **CONTINUES** the discovery cut-off date to **October 28, 2013**, to allow sufficient time for the parties to prepare a complete [Proposed] Pretrial Conference Report. All other dates in this matter remain firm and will not be continued except upon an exceptional showing of good cause.

Finally, the Court directs counsel to review this Court's Local Rules regarding the form and format of electronic filings. In particular, Local Rule 5-4.3.1 requires that all electronically filed documents be "published to PDF from the original word-processing file," as opposed to being scanned to a PDF image. In addition, Local Rule 52-4.1 requires a separate proposed order to be submitted with "any stipulation, application, motion, or request." Finally, Rule 11-3.2's requirement that the left margin be numbered with "not more than 28 lines for page" aims to facilitate precise citation. Plaintiff is encouraged to conform the line spacing in the text to the line numbers in the margin.

**IT IS SO ORDERED.**

July 25, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**