**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEANNE AGUILAR,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CITY OF SOUTH GATE, EDWARD BOLAR, MARCELO BEDETTI, SANDRA DAHLIA, DAVID SCOTT, ROBERT TAIT, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-CV-10669-ODW (PLA)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

　　On September 4, 2013, mediator Keith Parker filed a Mediation Report informing the Court that the case fully settled at the mediation. (ECF No. 83.) The Court therefore **ORDERS** the parties **TO SHOW CAUSE** why settlement has not been finalized and sets a hearing on the matter for **Monday, October 7, 2013, at 1:30 p.m.** This hearing will be vacated upon the filing of a stipulation and proposed order of dismissal. All pretrial and trial dates are vacated.

　　**IT IS SO ORDERED.**

　　September 4, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**