JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE AGUILAR, | Case No.: CV-12-10669 ODW(PLAx) |
| Plaintiff, | X[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION |
| vs. | |
| CITY OF SOUTH GATE, EDWARD BOLAR, MARCELO BEDETTI, SANDRA DAHLIA, DAVID SCOTT, ROBERT TAIT, AND DOES 1 THROUGH 50 INCLUSIVE, | |
| Defendants. | |

///
///
///
///
///

-1-

AFTER GOOD CAUSE BEING SHOWN:

IT IS HEREBY ORDERED that the above-entitled matter [~~mater~~] is dismissed as to Defendants SERGEANT DAVID SCOTT, OFFICER EDWARD BOLAR, OFFICER MARCELO BEDETTI, OFFICER SANDRA DAHLIA and OFFICER ROBERT TAIT, public employees, with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees. Further, the hearing on the OSC Re Settlement set for 10/8/13, at 1:30 p.m. is VACATED.

DATED: 10/8/2013

By: _____
Honorable Otis D. Wright
United States District Court Judge

[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION